UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN ALLNUTT,<br><br>Defendant. | CASE NO. 3:22-cr-0139<br><br>JUDGE MICHAEL J. NEWMAN<br><br>INDICTMENT<br><br>18 U.S.C. §§ 922(j) and 924(a)(2) |

FILED
RICHARD W. NAGEL
2022 DEC 13 PM 3:07
SOUTHERN DIST OHIO
WESTERN DIV DAYTON

**THE GRAND JURY CHARGES:**

## COUNT 1

[18 U.S.C. §§ 922(j) and 924(a)(2)]

Between on or about July 10, 2020, and on or about July 17, 2020, in the Southern District of Ohio and elsewhere, the defendant, JOHN ALLNUTT, knowingly possessed a stolen firearm, which had been shipped and transported in interstate and foreign commerce, knowing and having reasonable cause to believe the firearm was stolen.

All in violation of 18 U.S.C. §§ 922(j) and 924(a)(2).

A TRUE BILL

_____
FOREPERSON

KENNETH L. PARKER
United States Attorney

_____
RYAN A. SAUNDERS
Assistant United States Attorney